# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-01084-ODW (AS) | Date | December 12, 2018 |
|---|---|---|---|
| Title | Kathleen Heather Hofstrom v. Nancy A. Berryhill, *Acting Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On May 22, 2018, pro se Plaintiff Kathleen Heather Hofstrom filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361 (Docket Entry No. 1). On May 25, 2018, the Court issued an Order Re: Procedures in Social Security Case (Docket Entry No. 7), requiring Plaintiff to file a motion for summary judgment no later than thirty days from the service of Defendant's responsive pleading and the Certified Administrative Record (Docket Entry Nos. 13-14).

As of the date of this Order, Plaintiff has failed to file a motion for summary judgment or request an extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** from the date of this Order (**or no later than December 26, 2018**), why this action should not be dismissed for Plaintiff's failure to obey Court orders and for her failure to prosecute. If Plaintiff timely files a Motion for Summary Judgment the Court will consider it to be a satisfactory response to this Order to Show Cause and vacate the Order.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Order will result in an Order dismissing this action with prejudice for her failure to comply with Court orders and for her failure to prosecute. See Fed. R. Civ. P. 41(b).**