# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HEATHER HOFSTROM, | ) NO. EDCV 18-1084-ODW (AS) |
| Plaintiff, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS,** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) **CONCLUSIONS AND RECOMMENDATIONS** ) **OF UNITED STATES MAGISTRATE** ) **JUDGE** |
| Defendant. | ) |

Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the complaint, the records on file, and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) the decision of the Administrative Law Judge is affirmed; and (3) Judgment shall be entered in favor of Defendant.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and on the United States Attorney for the Central District of California.

DATED: June 26, 2019

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE